Darren D. Daniels, SBN 230113
**LAW OFFICES OF DARREN D. DANIELS**
8001 Irvine Center Drive, Ste 1575
Irvine, California 92618
Telephone - (949)387-0011 - Facsimile - (949)753-8131

JS - 6

Attorneys for Plaintiff Tammy Foster

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

TAMMY FOSTER

    Plaintiff,

  vs.

PULTE HOME CORPORATION, a
Michigan corporation; PULTE
MORTGAGE, LLC, a Delaware
limited liability company; and Does 1
through 20, inclusive,

    Defendants
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER: ED CV 08-01104
SGL (SHx)

**ORDER OF DISMISSAL WITH
PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE**

1        Pursuant to stipulation by and between the parties to this action, the above-

2  captioned action is hereby dismissed with prejudice in its entirety.

3        IT IS SO ORDERED

4

5  Dated:  September 23, 2009

6

7                                  _____

8                                  Hon. Stephen G. Larson
                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE**